B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern    District Of    Illinois

In re ATHENA VERONICA ROSARIO                    Case No. 09B35808
         Debtor
                                                 Chapter 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 75.00    Check one  ☑ With the filing of the petition, or
                      ☐ On or before _____

$ 75.00    on or before  11/12/09

$ 75.00    on or before  11/30/09

$ 74.00    on or before  12-16-09

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

*Jacqueline P. Cox*

J. Cx
_____
United States Bankruptcy Judge

Date: 10-26-09